# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

IN RE:                                              CASE NUMBER: 09-11664-CCJ

FREDERICK A. WILLIAMS,                              CHAPTER 13


Debtor(s)
_____/

## MOTION FOR PAYMENT OF UNCLAIMED FUNDS

COMES NOW, the Debtor(s), by and through the undersigned attorney, and moves the Court to enter an order directing payment of unclaimed funds now on deposit in Registry of the United States Bankruptcy Court. Claimant is a Debtor in the above captioned bankruptcy case an on whose behalf funds were deposited. Debtor has a right to claim said funds due to the following:

1. The Order Discharging Debtor After Completion of Plan (Doc #35) was entered on October 30th, 2014.

2. All disbursement checks have cleared the Trustee's account except a payment intended for Debtor in the amount of $27,955.91.

3. The funds intended for the Debtor are now placed with the Clerk of Court, Tampa Division, 801 North Florida Ave., Suite 727, Tampa, Fl. 33602-3899.

4. As per the Report of Unclaimed Funds, Debtor is entitled to these funds (Doc # 38).

5. The name of the claimant is: Frederick A. Williams.

6. Mailing Address for the Claimant is: 3677 Arpent Street, Unit # 4, St. Charles, MO 63301.

7. Claimant's telephone number is: 314-232-0833 .

Claimant certifies under penalty of perjury that all statements made by Claimant on this Motion, and any attachments required for this Motion are to best of Claimant's knowledge, true and correct. Accordingly, Claimant requests Court to enter an Order authorizing payment of the dividend due upon this claim.

*Frederick A. Williams*  12/12/2014
Frederick A. Williams    Date

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 12, 2014, at true and correct copy of the foregoing Motion for Payment of Unclaimed Funds was sent via U.S. Mail or electronic filing to Trustee, Laurie K. Weatherford, POB 3450, Winter Park, Fl. 32790, US Attorney, Attn: Civil Procedures Clerk, 400 Tampa Street, Ste. 3200, Tampa, Fl. 33602.

Allison Moscato, Esq.
Florida Bar No. 44673
John Roberts & Assoc. P.A.
1053 Maitland Center Commons Blvd.
Ste. 100
Maitland, FL 32751
Phone: 321-972-8118
Fax:    321-872-8197
Allison@johnrobertsandassociates.com